## RODRIGUEZ v. GREAT SOUTHERN LIFE INS. CO. et al.
### No. 9369.

Court of Civil Appeals of Texas. San Antonio.
May 16, 1934.

D. A. McAskill, of San Antonio, for appellant.

Vinson, Elkins, Sweeton & Weems, of Houston, for appellees.

FLY, Chief Justice.

Appellant sought to restrain the sale of a certain tract of land located in Bexar county, Tex., during the life of the Moratorium Act, enacted by the 43d Legislature (chapter 102 [Vernon's Ann. Civ. St. art. 2218b]), which by its terms expired on May 1, 1934. It is evident that there is no statute under which the question could be reviewed and the cause will be dismissed.